# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

    Plaintiff,

v.

THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,

    Defendants.

Case No. 24-cv-2295 (JMC)

## SCHEDULING ORDER

**I.    CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall file a joint status report by **December 9, 2024**, and every 90 days thereafter until further order of the Court.

**II.    COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

**III.    MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: October 7, 2024