IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    *Plaintiff*,<br>v.<br><br>THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, et al.<br><br>    *Defendant*. | Civil Action No. 24-2295 (JMC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 7, 2024, Plaintiff Functional Government Initiative ("FGI" or "Plaintiff") and Defendants, the National Archives and Records Administration ("NARA") and the Department of State (the "Department") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. FGI filed its Complaint in this action on August 5, 2024. *See* Compl., ECF No. 1. In it, FGI seeks an order and judgment requiring Defendant to conduct a search for any and all records responsive to FGI's Freedom of Information Act ("FOIA") requests that FGI submitted on April 26, 2023 seeking records regarding "emails to, from, or copied to the personal email address of Antony Blinken, then-Secretary of State, that were to, from, or copied to the official email address of Antony Blinken, Linda Landers, or then-Secretary of State John Kerry from January 9, 2015, through January 20, 2017." Id. at ¶ 11.

2. Defendants filed an Answer on September 16, 2024. *See* Answer, ECF No. 5.

3. NARA conducted a search on the FOIA on May 11, 2024. NARA completed its search in September 2024.

4. On September 27, 2024, NARA sent a determination letter informing Plaintiff and

1

Plaintiff's counsel that it had completed processing and found no determination of Presidential records.

5. NARA found one (1) electronic file initially identified as potentially responsive to Plaintiff's May 12, 2023, FOIA. However, that file does not relate to the President carrying out his Constitutional, statutory, ceremonial, or official duties and as such is not a Presidential record as defined by the Presidential Records Act, as amended, 44 U.S.C. §§2201-2209.

6. NARA informed Plaintiff and Plaintiff's counsel that none of the electronic files identified are subject to request under the provisions of FOIA as it applies to Presidential records. NARA has identified no Obama Presidential records related to the original FOIA request. Thus, there is no denial under the FOIA.

7. As previously reported (ECF No. 6), the Department reports that it has completed its searches for potentially responsive records. Approximately 214 potentially responsive records (1,315 pages) remain in this case. The Department made its third production of responsive, non-exempt material on March 27, 2025 and its fourth production on May 22, 2025. The Department anticipates making subsequent productions every 8 weeks until processing is complete with the next production on or before July 17, 2025.

8. Thus, the parties believe that proposing a summary judgment briefing schedule at this time would be premature.

9. The parties propose that they file a Status Report, on or before September 8, 2025, to update the Court on with the progress of this case.

Dated: June 9, 2025
      Washington, DC

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

|  |  |
|---|---|
| /s/ *Jeremiah L. Morgan* | By:   /s/ *Fithawi Berhane* |
| Jeremiah L. Morgan | Fithawi Berhane |
| (D.C. Bar No. 1012943) | Assistant United States Attorney |
| William J. Olson, P.C. | 601 D Street, NW |
| 370 Maple Avenue West, Suite 4 | Washington, DC 20530 |
| Vienna, VA 22180-5615 | (202) 252-6653 |
| 703-356-5070 (telephone) | Fithawi.Berhane@usdoj.gov |
| 703-356-5085 (fax) |  |
| jmorgan@lawandfreedom.com |  |
| | |
| *Counsel for Functional Government Initiative* | *Attorneys for the United States of America* |